## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DIANE MARTINEZ and ERIN MARTIN,
individually and on behalf of other similarly situated individuals,

Plaintiffs,

v.  No. 1:19-cv-00004-JHR-SCY

PROGRESSIVE PREFERRED INSURANCE COMPANY,
PROGRESSIVE CLASSIC INSURANCE COMPANY,
PROGRESSIVE CASUALTY INSURANCE COMPANY,
PROGRESSIVE DIRECT INSURANCE COMPANY,
PROGRESSIVE ADVANCED INSURANCE COMPANY,
PROGRESSIVE SPECIALTY INSURANCE COMPANY and
PROGRESSIVE NORTHERN INSURANCE COMPANY,

Defendants.

## JUDGMENT OF DISMISSAL WITH PREJUDICE

The Court hereby enters judgment in this matter. Having entered a Final Stipulated Order Approving Settlement [Doc. 70] concurrently herewith,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment in this matter is entered and that Plaintiffs' claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

_____
**JERRY H. RITTER**
**U. S. Magistrate Judge**